UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sprinkler Fitters Local 704 Defined Contribution Fund,
    Plaintiff(s),

Case No. 20-cv-12911

v.

Judge Gershwin A. Drain

Magistrate Judge

Dynamic Fire Protection, et al.
    Defendant(s).
                                       /

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Dynamic Fire Protection and Todd Fountain for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Dynamic Fire Protection and Todd Fountain at 8730 Swan Creek, Newport, MI 48166 by Personal Service.
[certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: 12/02/2020

/s/ Matthew I. Henzi
Signature

P57334
Bar No.

25800 Northwestern Hwy., Ste. 1100
Street Address

Southfield, MI 48075
City, State, Zip Code

248-746-2710
Telephone Number

mhenzi@asherkellylaw.com
Primary Email Address