UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sprinkler Fitters Local 704
Defined Contribution Fund,

                Plaintiff(s),

v.    Case No. 2:20−cv−12911−GAD−EAS
    Hon. Gershwin A. Drain

Dynamic Fire Protection, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Todd Fountain

    The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                DAVID J. WEAVER, CLERK OF COURT

                By: s/ L. Granger
                      Deputy Clerk

Dated:  December 3, 2020