# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF SPRINKLER FITTERS LOCAL 704 DEFINED CONTRIBUTION FUND,<br><br>Plaintiff,<br><br>vs<br><br>DYNAMIC FIRE PROTECTION and TODD FOUNTAIN,<br><br>Defendants. | Case No. 2:20-cv-12911-GAD-EAS<br>Hon. Gershwin A. Drain |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Upon Plaintiff having filed the above captioned lawsuit; the parties having resolved Plaintiff's claims against Dynamic Fire Protection and Todd Fountain, and the Court being otherwise advised in the premises;

IT IS ORDERED that Plaintiff's Complaint against Dynamic Fire Protection and Todd Fountain, is dismissed with prejudice and with each party bearing its own costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 10, 2021

                                        s/Gershwin A. Drain_____
                                        Gershwin A. Drain
                                        United States District Court Judge

W2506837

Prepared by:

*s/Matthew I. Henzi (P57334)*
Attorney for Plaintiff

W2506837